Gregory J. Dubinsky (*admitted pro hac vice*)
gdubinsky@hsgllp.com
Nicholas H. Hallock (*admitted pro hac vice*)
nhallock@hsgllp.com
HOLWELL SHUSTER
& GOLDBERG LLP
425 Lexington Ave., 14th Floor
New York, NY 10017
Telephone: (646) 837-5151
Facsimile: (646) 837-5150

Andrew B. Breidenbach, Esq. (State Bar No. 281586)
abreidenbach@tocounsel.com
THEODORA ORINGHER PC
1840 Century Park East, Suite 500
Los Angeles, California 90067-2120
Telephone: (310) 557-2009
Facsimile: (310) 551-0283

Attorneys for Defendant Rumble Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

MIKE GOLDSTEIN, individually and on behalf of similarly situated individuals,

Plaintiff,

vs.

RUMBLE INC.,

Defendant.

Case No. 2:25-cv-06304 MWF (SKx)

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b) AND TO STAY PROCEEDINGS PENDING APPEAL**

Hearing Date: June 24, 2026
Time: 10:00 am
Place: Courtroom 5A

**PLEASE TAKE NOTICE** that Defendant Rumble Inc. ("Rumble"), by and through its counsel, shall and hereby does move to certify this Court's April 24, 2026 order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b) and for a stay of proceedings pending resolution of the appeal. The Motion shall be heard on June 24, 2026, at 10:00 am in Courtroom 5A, United States Courthouse, 350 West First Street, Los Angeles, CA, 90012, before the Honorable Michael W. Fitzgerald. This Motion is based upon this Notice of Motion and Motion and the accompanying Memorandum of Points and Authorities, filed concurrently herewith, and upon such other and further matters, papers, and arguments as may be submitted to the Court at or before the hearing on this motion, and any other evidence and argument the Court may consider.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on May 5, 2026.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DATED: May 12, 2026

Respectfully submitted,

By: /s/ *Andrew B. Breidenbach*

Andrew B. Breidenbach
**THEODORA ORINGHER PC**
1840 Century Park East, Suite 500
Los Angeles, CA 90067
Telephone: (310) 557-2009
Facsimile: (310) 551-0283

Gregory J. Dubinsky
*(admitted pro hac vice)*
Nicholas H. Hallock
*(admitted pro hac vice)*
**HOLWELL SHUSTER & GOLDBERG LLP**
425 Lexington Ave., 14th Floor
New York, NY 10017
Telephone: (646) 837-5151
Facsimile: (646) 837-5150

*Attorneys for Defendant Rumble Inc.*