UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MIKE GOLDSTEIN, indivdually and on behalf of similarly situated individuals,

Plaintiff - Respondent,

v.

RUM GROUP, INC.,

Defendant - Petitioner.

No. 26-4287

D.C. No.
2:25-cv-06304
Central District of California,
Los Angeles

ORDER

Before: BERZON and FORREST, Circuit Judges.

The motion (Docket Entry No. 8) for leave to file a reply in support of the petition for permission to appeal is granted.

The petition for permission to appeal is granted. *See* 28 U.S.C. § 1292(b). Within 14 days, petitioner must comply with Federal Rule of Appellate Procedure 5(d)(1).